HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
LONNIE EATON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-cr-00288-EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: January 16, 2015 |
| LONNIE EATON, | TIME: 2:00 P.M. |
| | JUDGE: Hon. Edmund F. Brennan |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through CRYSTAL FULFER, Special Assistant U.S. Attorney, and defendant LONNIE EATON by and through his counsel, LINDA HARTER, Chief Assistant Federal Defender, that the trial confirmation hearing set for December 1, 2014 and trial set for December 16, 2014 vacated and a status conference be set for January 16, 2015 at 2:00 p.m.

The continuance is requested to allow the defense additional time to prepare for a resolution of the case. The parties have been negotiating towards a resolution.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

-1-

1    Speedy trial time is to be excluded from the date of this order through the date of the
2    status conference set for to January 16, 2015 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)
3    [reasonable time to prepare] (Local Code T4).

5    DATED: November 18, 2014          Respectfully submitted,

6                                      HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Linda Harter*
8                                      LINDA HARTER
                                       Chief Assistant Federal Defender
9                                      Attorney for Defendant
                                       LONNIE EATON

10   DATED: November 18, 2014          BENJAMIN B. WAGNER
11                                     United States Attorney

12                                     */s/ Crystal Fulfer*
                                       CRYSTAL FULFER
13                                     Special Assistant U.S. Attorney
                                       Attorney for Plaintiff

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

The Court orders that time from the date of the parties stipulation, December 1, 2014, up to and including January 16, 2015, shall be excluded from computation of time within which the trial of this case be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4). It ordered that the December

1, 2014 status conference shall be continued until January 16, 2015, at 2:00 p.m. It is further ordered that the trial date on December 16, 2014 be vacated.

DATED: November 24, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE