HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
LONNIE EATON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>LONNIE EATON,<br><br>                Defendant. | NO. 2:14-cr-00288-EFB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: March 9, 2015<br>TIME: 10:00 A.M.<br>JUDGE: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed to between the United States of America through CRYSTAL FULFER, Special Assistant U.S. Attorney, and defendant LONNIE EATON by and through his counsel, LINDA HARTER, Chief Assistant Federal Defender, that the status conference set for January 16, 2015 at 2:00 p.m. vacated and a status conference be set for March 9, 2015.

The continuance is requested to allow the defense additional time to prepare for a resolution of the case. The parties have been negotiating towards a resolution.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

-1-

1    Speedy trial time is to be excluded from the date of this order through the date of the
2    status conference set for to March 9, 2015 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)
3    [reasonable time to prepare] (Local Code T4).

DATED: January 15, 2015                  Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Linda Harter*
                                         LINDA HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         LONNIE EATON

DATED: January 15, 2015                  BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Crystal Fulfer*
                                         CRYSTAL FULFER
                                         Special Assistant U.S. Attorney
                                         Attorney for Plaintiff

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

The Court orders that time from the date of the parties stipulation, January 16, 2015, up to and including March 9, 2015, shall be excluded from computation of time within which the trial of this case be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4). It ordered that the January 16, 2015 status conference shall be continued until March 9, 2015 at 10:00 a.m.

DATED: January 15, 2015.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE