UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LONNIE R. EATON,<br><br>      Defendant. | 2:14-CR-00288-EFB<br><br>[Proposed] ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION |

### ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on April 28, 2016, at 2:00 p.m. to show cause why the probation granted on May 18, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on April 28, 2016, at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 31, 2016.

_____
Hon. Edmund F. Brennan
United States Magistrate Judge