IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-cr-00288-EFB |
| Plaintiff, | ) ORDER TO SHOW CAUSE AND ORDER<br>) TO ISSUE NOTICE TO APPEAR RE: |
| v. | ) PROBATION REVOCATION |
| LONNIE R. EATON, | ) Date:  April 6, 2017<br>) Time:  2:00 p.m. |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |

### ORDER TO SHOW CAUSE AND ISSUE NOTICE TO APPEAR

It is Hereby Ordered that the defendant shall appear on April 6, 2017, at 2:00 p.m. to show cause why the probation granted on May 18, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

It is further ordered that the Clerk's office shall issue a notice to appear directing the defendant to appear on April 6, 2017, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  March 27, 2017

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO SHOW CAUSE                                                                         U.S. v. LONNIE R. EATON