# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**LONNIE R. EATON**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:14CR00288-001**<br><br>Linda Allison, Office of the Federal Defender<br>Defendant's Attorney |

**THE DEFENDANT:**

[ ]  admitted guilt to violation of charge(s) __ as alleged in the violation petition filed on __.
[✔]  was found in violation of condition(s) of supervision as to charge(s) 2, 3 and 4 after denial of guilt, as alleged in the violation petition filed on 3/17/2017 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | Failure to Provide Proof of Enrollment or Continued Enrollment in a DMV-approved 18-month DUI Program | 3/17/2017 |
| 3 | Failure to be Enrolled in a DMV-approved 18-month DUI Program | 3/17/2017 |
| 4 | Failure to Provide a Copy of a Valid Driver's License by 3/1/2017 | 3/1/2017 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on _____.

    The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

6/5/2017
Date of Imposition of Sentence

*/s/ Edmund F. Brennan*
Signature of Judicial Officer

**EDMUND F. BRENNAN**, United States Magistrate Judge
Name & Title of Judicial Officer

June 9, 2017
Date

# COURT PROBATION

The Court imposes a five (5) year term of Court Probation subject to the following conditions:

1. The defendant shall obtain a valid California Driver's License and shall provide a photocopy of such license to the United States by July 9, 2018.

2. The defendant shall complete the DMV-approved 18-month DUI program by July 9, 2018. If the defendant drops out of the DMV-approved 18-month DUI program, the defendant will be in violation of his probation.

3. The defendant shall appear for a Status Conference on July 9, 2018 at 10:00 a.m. in Courtroom 8, before Magistrate Judge Edmund F. Brennan.

4. The defendant shall not violate any federal, state, or local laws.

5. The defendant shall not operate a motor vehicle except as in compliance with all federal, state, and local laws.

6. The defendant shall notify the United States within 48 hours of being arrested.

7. The defendant shall notify the United States within ten days of any change in residence.